# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LARRY NELSON,**

    **Plaintiff,**

**v.**                                                    **Case No:5:11-CV-625-Oc-10PRL**

**CITY OF INVERNESS**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery and Request for Expedited Ruling. (Doc. 27). The Court previously extended the discovery deadline until December 21, 2012 so that the parties could depose two additional witnesses, one of whom was unavailable due to surgery. (Doc. 26). The parties now request an additional three-week extension because the witness who had surgery needs additional time to recuperate before having his deposition taken. The parties represent that this extension will not impact any other case deadlines.

Upon due consideration, the parties' Joint Motion for Extension of Time to Complete Discovery and Request for Expedited Ruling (Doc. 27) is **GRANTED**. The deadline for discovery is extended through **January 11, 2013**. All other deadlines set forth in the Case Management and Scheduling Order (Doc. 16) remain unchanged. The parties shall not rely on the granting of this Motion as a basis for the extension of any other deadline.

**DONE** and **ORDERED** in Ocala, Florida on December 27, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties